*no,* 507 U.S. 725, 731–32, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993)).

In light of *Booker* and *Hughes,* we find that the district court plainly erred in sentencing Jones. Therefore, we vacate his sentence and remand for proceedings consistent with *Hughes.** *Id.* at 546 (citing *Booker,* 125 S.Ct. at 764–65, 767 (Breyer, J., opinion of the Court)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*

**UNITED STATES of America ex rel. Ann C. MORRILL, Plaintiff—Appellant,**

v.

**JOHNS HOPKINS UNIVERSITY; Johns Hopkins Healthcare Systems Corporation, Defendants—Appellees.**

No. 04–2521.

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2005.

Decided: May 18, 2005.

Thomas Michael DiBiagio, United States Attorney, Baltimore, Maryland, for the United States.

Ann C. Morrill, Owings Mills, Maryland, Appellant, pro se.

Charles Preston Scheeler, Kurt James Fischer, Michelle Jeanine Dickinson, Dla Piper Rudnick Gray Cary U.S. LLP, Baltimore, Maryland; Sheldon Krantz, Dla Piper Rudnick Gray Cary U.S. LLP, Washington, D.C., for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ann C. Morrill appeals the district court's order dismissing her *qui tam* action under the False Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morrill v. Johns Hopkins Univ.,* No. CA–02–3891–1–CCB (D. Md. filed Oct. 29, 2004

---

& entered Nov. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*